**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :   NOTICE OF INTENT TO
                                      FILE AN INFORMATION
            - v. -                :
                                      08 Cr.
JUAN SOTO,                        :

            Defendant.                **08 CRIM 460**
- - - - - - - - - - - - - - - - - -

        Please take notice that the United States Attorney's Office will file an Information upon the defendant JUAN SOTO's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         ~~March~~ April 24, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney

                          By:     _____
                                  CARRIE H. COHEN
                                  Assistant United States Attorney

**JUDGE GRIESA**

                                  AGREED AND CONSENTED TO:

                          By:     _____
                                  PEGGY M. CROSS, ESQ.
                                  Attorney for Juan Soto

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

4/25/08 — WHEEL A