UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CRIM 460**

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :    INFORMATION

      v.                         :    08 Cr.

JUAN SOTO,                         :

      Defendant.                   :

- - - - - - - - - - - - - - - - - X

JUDGE GRIESA

### COUNT ONE

The United States Attorney charges:

From on or about February 21, 2007, up to and including the filing of this Information, in the Southern District of New York and elsewhere, JUAN SOTO, the defendant, an individual required to register under the Sex Offender Registration and Notification Act, unlawfully, willfully, and knowingly did travel in interstate commerce and fail to register and update a registration as required by the Sex Offender Registration and Notification Act, to wit, the defendant moved from Florida to New York, New York, without updating his information with Florida's sex offender database, or registering in New York as required by law.

(Title 18, United States Code, Section 2250.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

MICHAEL J. GARCIA
United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

JUAN SOTO,

Defendant.

## INFORMATION

08 Cr.

(18 U.S.C. § 2250.)

MICHAEL J. GARCIA
United States Attorney.

---

5/1/08

Deft pres w/ atty Peggy Cross, appt'd by Carrie [illegible]. Deft waives prosecution by indictment and consents to proceed by Information. Deft is arraigned on this Information and enters a plea of not guilty. Next conf set'd for 5/13/08 @ 4:30pm. Time is excluded from speedy trial calculations from today's date til 5/13/08 in the interest of justice. Deft cont'd remanded.

[signature]